UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

IN RE: ) Case No. 97-00537
Kenneth Dean & Elizabeth Tan Bass )
)
DEBTOR(S) )

APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. § 347 AND 28 U.S.C. §§ 2041-2044

World Financial Network National Bank (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of exactly $1,649.57. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and 28 U.S.C. §§ 2041-2044 the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below. Claimant's current address is as follows: 220 West Schrock Road, Westerville, OH 43081-4975.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

World Financial Network National Bank
(Fed. ID# 34-1610866)

By: _____
Louis H. Treiger
Vice President
Weinstein, Treiger & Riley P.S.
2101 Fourth Avenue, Ste. 900
Seattle, WA 98121
(206) 269-3490
Attorney-in-fact for World Financial Network National Bank

# AFFIDAVIT OF SERVICE

I hereby certify that on ___June 18, 2004___ I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. § 347 AND 28 U.S.C. §§ 2042 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
400 N. Tampa Street, Suite 3200
Tampa, FL 33602-4708

United States Trustee
135 W. Central Boulevard
Orlando, FL 32801

_____
Courtney Lechner
Legal Assistant

# LIMITED POWER OF ATTORNEY
## LIMITED TO ONE TRANSACTION ONLY

World Financial Network National Bank, ("WFNNB") appoints WEINSTEIN, TREIGER, & RILEY, P.S., acting through its General Counsel and research staff, as its attorney in fact to obtain payment and negotiate checks in the name of WFNNB or obtain information pertaining to the outstanding funds of WFNNB in the amount of $1649.57 held by a governmental entity.

WFNNB grants its attorney in fact the authority to do all things reasonably necessary to recover or obtain information pertaining to the outstanding tender of funds of WFNNB in the amount of $1649.57 held by a governmental entity.

WEINSTEIN, TREIGER, & RILEY, P.S., as attorney in fact, may not make any expenditure or incur any costs on behalf of WFNNB.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of recovering or obtaining information pertaining to the outstanding tender of funds of WFNNB in the amount of $1649.57 held by a governmental entity.

World Financial Network National Bank

AFFIX CORPORATE SEAL

By: _____
J.K. Smith
Manager of Projects/Vendor Relations

Tax ID No. 13-3163498

If corporate seal is unavailable sign affidavit below:

BE IT ACKNOWLEDGED
that the undersigned hereby says
under oath that the corporate seal
for WFNNB America Bank, N.A., successor
in interest to Fashion Bug is unavailable to
the Undersigned.

By: _____
J.K. Smith
Manager of Projects/Vendor Relations

Signed this 25th day of May, 2004

State of Ohio

County of Franklin

Before me J.K. Smith personally appeared and acknowledged to me that he is the person whose name is subscribed within the instrument and acknowledged that the execution thereof to be his free act.

Signature: Joyce R. Schaefer

My Commission Expires 8-16-05

JOYCE R. SCHAEFER
Notary Public, State of Ohio
My Commission Expires

## OFFICER'S CERTIFICATE OF AUTHORITY

This Affirmation certifies that J.K. Smith is the Manager of Projects/Vendor Relations of World Financial Network National Bank and as such is authorized to execute and deliver all documents pertaining to the recovery of abandoned or unclaimed property owned by World Financial Network National Bank and its affiliates and any predecessors of such.

World Financial Network National Bank affiliates and acquisitions include but are not limited to the following: Fashion Bug, Service Merchandise, and Spiegel.

_____
Sheila Monroe
Senior Director of Banking Operations

✓

SWORN AND SUBSCRIBED BEFORE ME THIS 25th DAY OF May, 2004

_Joyce R. Schaefer_ (NOTARY PUBLIC)
COUNTY OF Franklin, IN THE STATE OF Ohio

MY COMMISSION EXPIRES ON 8-16-05.

Notary Seal

JOYCE R. SCHA[...]
Notary Public, State of Ohio
My Commission Exp[...]

**WORLD FINANCIAL NETWORK**
NATIONAL BANK

**SHEILA A. MONROE**
SR. DIRECTOR
BANK OPERATIONS

220 W. SCHROCK RD.  614-729-5232
WESTERVILLE, OH 43081-4975  FAX 614-729-5051
E-Mail smonroe@alldata.net

**WORLD FINANCIAL NETWORK**
NATIONAL BANK

**J. K. SMITH**
MANAGER
AUDIT & INVESTIGATION

220 WEST SCHROCK RD.  614-729-5135
WESTERVILLE, OH 43081-4975  FAX 614-729-5051
E-MAIL jsmith2@alldata.net



WEINSTEIN, TREIGER & RILEY, P.S.

LOUIS H. TREIGER
ATTORNEY AT LAW

2101 Fourth Avenue, Suite 900   Seattle, Washington 98121
Tel: (206) 269-3490   Fax: (206) 269-3489   E-mail: lht@wtrlaw.com



UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

IN RE: ) Case No. 97-00537
Kenneth Dean & Elizabeth Tan Bass )
)
DEBTOR(S) ) AFFIDAVIT
)

I, Louis H. Treiger, hereby certify that the following statement is true and correct:

<u>I state my knowledge of state law requirements in the State of Florida for being a personal representative of creditor World Financial Network National Bank.</u>

Louis H. Treiger
Vice President

SUBSCRIBED AND AFFIRMED before me this 18th day of June, 2004.

Matthew David Shafer
NOTARY PUBLIC in and for the
State of Washington, residing at
Seattle
My commission expires 1/1/08

# Certificate of Service

I hereby certify that on June 18, 2004 I mailed a true and correct copy of the APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT and the ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT, ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT, LIMITED POWER OF ATTORNEY, OFFICER'S CERTIFICATE OF AUTHORITY, all exhibits, AFFIDAVIT OF SERVICE, and AFFIDAVIT to the following parties:

Kenneth Dean & Elizabeth Tan Bass
10135 Gate Parkway N. #302
Jacksonville, FL 32246
Debtor

US Attorney
ATTN: Civil Procedures Clerk
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

Gerald B. Stewart
Attorney At Law
220 East Forsyth Street
Jacksonville, FL 32202

U.S. Trustee
135 W. Central Blvd.
Orlando, FL 32801

Valerie Hall Manuel
450-106 State Rd 13 North #312
Jacksonville, FL 32259-3863
Trustee

Mailed this 18th day of June, 2004.

Courtney Lechner
Legal Assistant



**Weinstein, Treiger & Riley, P.S.**
2101 Fourth Avenue, Suite 900 ■ Seattle, Washington 98121 ■ Telephone: (206) 269-3490 ■ Facsimile: (206) 269-3489

June 18, 2004

RECEIVED
CLERK, U.S. BANKRUPTCY COURT
JUN 2 1 2004
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

U.S. Bankruptcy Court
Middle District of Florida
Attn: Ms. Darlene Fultz
311 W. Monroe Street, Room 206
Jacksonville, FL 32202

Re: Middle District of Florida
Application for Order Directing Payment of Funds to Creditor/Claimant

Dear Ms. Fultz:

Enclosed please find an Application for Order Directing Payment of Funds to Creditor/Claimant relating to the following matter:

| | |
|---|---|
| Case No: | 97-00537 |
| Debtor: | Kenneth Dean & Elizabeth Tan Bass |
| Creditor/Claimant: | World Fianancial Network National Bank |
| Amount: | $1,649.57 |

Please forward a file stamped copy of the application and order along with the payment for this entity to the undersigned at the above address. Thank you for your assistance in this matter.

Sincerely,

Courtney Lechner
Legal Assistant

TMT/
Enclosures